IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TOMMY LYNN PATTERSON

v.                                    No. SA-05-CA-626-RF

KERR COUNTY

## LIST OF WITNESSES

For Plaintiff                         Date Testified

1. Silva Foraker                      1. January 14, 2008
2. James Aiken                        2. January 15, 2008
3. Carol Twiss                        3. January 15, 2008
4. Kevin Klaerner                     4. January 15, 2008
5. Clay Barton                        5. January 15, 2008
6. Pedro Garcia                       6. January 15, 2008
7. Tommy Patterson                    7. January 16, 2008
8. W.R. Hierholzer                    8. January 16, 2008
9. _____                        9. _____
10. _____                       10. _____
11. _____                       11. _____
12. _____                       12. _____
13. _____                       13. _____
14. _____                       14. _____
15. _____                       15. _____
16. _____                       16. _____
17. _____                       17. _____
18. _____                       18. _____
19. _____                       19. _____
20. _____                       20. _____